**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| Mark Allen Carr,<br><br>        Plaintiff,<br>vs.<br><br>Dierbergs Markets, Inc.,<br><br>        Defendant. | Civil Action No. 4:25-cv-832<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant Dierbergs Markets, Inc. submits this Notice of Supplemental Authority in support of its Opposition to Plaintiff's Motion to Remand. *See* Doc. 26.

In *Berk v. Choy*, 607 U.S. ___, 2026 WL 135974 (2026) (Exhibit 1), the district court dismissed the plaintiff's medical malpractice suit because he did not follow a Delaware law requiring a plaintiff suing for medical malpractice to submit an affidavit from a medical professional attesting to the suit's merit, and the Third Circuit affirmed. *Id.*, at *2–*3. The Supreme Court reversed. In a unanimous opinion, the Supreme Court held that Rule 8 of the Federal Rules of Civil Procedure governs the requirements for a complaint and thus displaces the Delaware affidavit requirement. *Id.*, at *7.

This authority is relevant to the proposition in Dierbergs' brief that Mo. Rev. Stat. § 510.261.5, prohibiting plaintiffs from seeking punitive damages in initial pleadings, and Mo. Rev. Stat. § 509.200, requiring plaintiffs to specify the amount of punitive damages sought, do not apply in federal court to determine the amount-in-controversy for CAFA removal. *See* Doc. 26 at 6–7. Just like in *Berk*, Rule 8 displaces these Missouri laws and requires that the complaint contain only "a demand for the relief sought, which may include relief in the alternative or different types of relief." Fed. R. Civ. P. 8(a)(3).

Dated: February 10, 2026

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: /s/ *Glennon P. Fogarty*
    Glennon P. Fogarty, Bar No. 42983MO
    Michael Klebanov, Bar No. 66540MO
    Tanner M. Cook, Bar No. 71846MO
    8001 Forsyth Blvd., Suite 1500
    St. Louis, Missouri 63105
    (314) 480-1500
    (314) 480-1505 Fax
    Glennon.Fogarty@huschblackwell.com
    Michael.Klebanov@huschblackwell.com
    Tanner.Cook@huschblackwell.com

***Attorneys For Defendant Dierbergs Markets, Inc.***

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on February 10, 2026, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

                 By: */s/ Glennon P. Fogarty*