**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

Mark Allen Carr,

        Plaintiff,

vs.

    Case No. 4:25-CV-00832-JAR

Dierbergs Markets, Inc.,

        Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO COMPLETE JURISDICTIONAL DISCOVERY**

Defendant Dierbergs Markets, Inc. ("Defendant"), by and through the undersigned attorneys, hereby moves the Court for an unopposed 45-day extension of time for the parties to conduct limited discovery relevant to determining the citizenship of class members in the aggregate at the time of removal ("Jurisdictional Discovery") and submit and Joint Scheduling Plan, up to and including August 10, 2026. In further support, Defendant states as follows:

1.    On March 23, 2026, the Court entered an order allowing the parties up to and including June 25, 2026, to conduct Jurisdictional Discovery and submit a Joint Scheduling Plan. ECF 35.

2.    The Parties have been engaged in discovery, including Plaintiff issuing interrogatories and requests for production of documents, and Defendant working on answers and responses to same.

3.    Given the time required and issues involved in collecting certain data requested by the discovery, a 45-day extension is needed to complete the Jurisdictional Discovery and submit a Joint Scheduling Plan of up to and including August 10, 2026.

1

4.      The Parties discussed this requested extension and are in agreement that Plaintiff does not oppose.

5.      Further, this request is made in good faith, is not made for any improper purpose and granting the request will not operate to unnecessarily delay or hinder the proceedings and will preserve the parties' and judicial resources.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting an extension up to and including August 10, 2026, to complete Jurisdictional Discovery, submit a Joint Scheduling Plan, and for such other and further relief as this Court deems necessary and proper under the circumstances.

Dated: June 18, 2026

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Tanner M. Cook*
 Glennon P. Fogarty, Bar No. 42983MO
 Michael Klebanov, Bar No. 66540MO
 Tanner M. Cook, Bar No. 71846MO
 8001 Forsyth Blvd., Suite 1500
 St. Louis, Missouri 63105
 (314) 480-1500
 (314) 480-1505 Fax
 Glennon.Fogarty@huschblackwell.com
 Michael.Klebanov@huschblackwell.com
 Tanner.Cook@huschblackwell.com

***Attorneys for Defendant Dierbergs Markets, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of June, 2026, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

By: */s/ Tanner M. Cook*