**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MARK CARR,                                    )
                                              )
      Plaintiff,                          )
                                              )
    v.                                      )          Case No. 4:25-cv-00832-JAR
                                              )
DIERBERGS MARKETS, INC.                       )
                                              )
      Defendant.                          )

## ORDER

On August 10, 2026, Plaintiff filed a motion for leave to either file a second amended complaint or voluntarily dismiss this case without prejudice. (Doc. 42). The Court wishes to expedite briefing on the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall file a response to Plaintiff's motion by August 21. Plaintiff shall file any reply by August 28.

Dated this 11th day of August, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE