**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Mark Allen Carr,<br><br>Plaintiff,<br>vs.<br><br>Dierbergs Markets, Inc.,<br><br>Defendant. | Civil Action No. 4:25-cv-832-JAR<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT DIERBERGS MARKETS, INC'S MOTION TO STRIKE PLAINTIFF'S REPLY TO SUPPORT MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT OR, IN THE ALTERNATIVE, TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

COMES NOW Defendant Dierbergs Markets, Inc. ("Dierbergs"), by and through counsel, and submits its Motion to Strike Plaintiff's Reply to Support Motion for Leave to File Second Amended Class Action Complaint or, in the Alternative, to Voluntarily Dismiss Without Prejudice (the "Reply" to "Motion for Leave"). In support of its Motion, Dierbergs states as follows:

1. Plaintiff filed his Motion for Leave on August 10, 2016. ECF Nos. 42, 43.

2. On August 11, the Court ordered that "Defendant shall file a response to Plaintiff's motion by August 21. **Plaintiff shall file any reply by August 28.**" ECF No. 44 (emphasis added).

3. Pursuant to the Court's order, Dierbergs timely filed its Response to Plaintiff's Motion for Leave on August 21. ECF No. 45.

4. Plaintiff, however, did not file his Reply until August 31, **three days after the deadline** set by the Court. ECF No. 46.

5. Plaintiff did not seek leave for an extension to file the Reply. Nor did Plaintiff explain why he filed the Reply three days late.

6. Pursuant to Eastern District of Missouri Local Rule 4.01, courts may set briefing

schedules that differ from the default timeline. *See* L.R. 4.01. “When the Court issues an order establishing deadlines, those deadlines are the dates when actions must be taken.” *Carlisle v. St. Charles Sch. Dist.*, 507 F. Supp. 2d 1018, 1023 (E.D. Mo. 2007).

7. Plaintiff failed to follow the Court’s deadlines, in violation of L.R. 4.01.

8. Furthermore, because Plaintiff never sought an extension or explained why he filed the Reply three days late, no “good cause” for an extension exists under Federal Rule of Civil Procedure 6(b)(1).

9. Accordingly, the Court should not consider Plaintiff’s Reply. *See Cardigan v. White*, 18 F.2d 572, 573 (8th Cir. 1927) (disregarding appellee’s brief because it was untimely and no explanation was provided); *Cason v. St. Louis Pub. Schs.*, 2024 WL 1194749, *2 (E.D. Mo. Mar. 20, 2024) (refusing to consider documents filed in violation of L.R. 4.01); *R.A.D. Servs. LLC v. State Farm Fire & Cas. Co.*, 60 F.4th 408, 412 (8th Cir. 2023) (“The district court here did not abuse its discretion by striking the exhibits filed in violation of the local rules.”).

WHEREFORE, Dierbergs respectfully requests that the Court enter an Order striking Plaintiff’s Reply to Support Motion for Leave to File Second Amended Class Action Complaint or, in the Alternative, to Voluntarily Dismiss Without Prejudice, and for such other relief as the Court may deem just and proper.

Dated: September 1, 2026

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: /s/ *Tanner M. Cook*
Glennon P. Fogarty, Bar No. 42983MO
Michael Klebanov, Bar No. 66540MO
Tanner M. Cook, Bar No. 71846MO
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
(314) 480-1505 Fax
Glennon.Fogarty@huschblackwell.com
Michael.Klebanov@huschblackwell.com
Tanner.Cook@huschblackwell.com

***Attorneys for Defendant Dierbergs Markets, Inc.***