**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK CARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-00832-JAR |
| | ) | |
| DIERBERGS MARKETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant Dierbergs' motion for leave to submit unredacted billing records for review *in camera*. (Doc. 49). Plaintiff Carr does not oppose the motion but asks that redacted copies be filed under seal to enable him to assess the reasonability of Dierbergs' fee request. The Court finds this to be appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for leave is **GRANTED**. (Doc. 49). Counsel for Defendant is directed to file a redacted copy of their detailed billing records under seal pursuant to Local Rule 13.05(A)(4)(h). Counsel may submit an unredacted hard copy to chambers for review *in camera*.

Dated this 29th day of September, 2026.

John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE