**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Mark Allen Carr,<br><br>Plaintiff,<br><br>vs.<br><br>Dierbergs Markets, Inc.,<br><br>Defendant. | Case No. 4:25-cv-832 |

## Plaintiff's Consent Motion for Extension of Time to File Reply

Plaintiff moves under Federal Rule of Civil Procedure 6(b)(1)(A) for a seven-day extension of time, from November 11, 2026, to November 18, 2026, to file his objection to Defendant's billing records as ordered by this Court (Doc. 55). In support, Plaintiff states:

1. On September 29, 2026, the Court ordered that "Counsel for Defendant is directed to file a redacted copy of their detailed billing records under seal pursuant to Local Rule 13.05(A)(4)(h)." Doc. 53.

2. On November 3, 2026, Defendant filed its redacted billing records. Doc. 54.

3. On November 4, 2026, the Court "that Plaintiff shall file any objection to Defendant's billing records within seven days," with a response to the Court due by November 11, 2026.

4. Plaintiff's counsel is out of town from November 4 through November 6, 2026, to attend a previously scheduled mediation in another case.

5. Plaintiff needs additional time to review Defendant's billing records and to fully address them.

6. Plaintiff's request is made before the existing deadline, in good faith, and not for purposes of delay.

7. Plaintiff's counsel conferred with Defendant's counsel, who confirmed Defendant consents to the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend his deadline to file any objection to Defendant's billing records to November 18, 2026.

**ONDERLAW, LLC**

By: */s/ Martin L. Daesch*
Martin L. Daesch, #40494 (MO)
Jesse B. Rochman, #60712 (MO)
110 E. Lockwood Ave.
St. Louis, MO 63119
(314) 963-9000 (telephone)
daesch@onderlaw.com
rochman@onderlaw.com
*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on November 5, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Martin L. Daesch*