**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK CARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-00832-JAR |
| | ) | |
| DIERBERGS MARKETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon review of Plaintiff's objections (Doc. 58) and to account for the upcoming holiday,

**IT IS HEREBY ORDERED** that Defendant shall have fourteen days to file any reply to Plaintiff's objections.

Dated this 17th day of November, 2026.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE